UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOAO NETO**<br><br>    **Plaintiff**<br><br>**v.**<br><br>**NATIONSTAR MORTGAGE LLC**<br><br>**U.S BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF HABORVIEW MORTGAGE LOAN TRUST 2005-08, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-08**<br><br>**ELIAS DE PAULA**<br><br>**RENATA CARNERO**<br><br>**CLEBER CARNERO**<br><br>**LINDALVA ALVES**<br><br>    **Defendants** | **Civil Action No. 1:14-cv-14153-WGY** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff and through his counsel, pursuant to Federal Rules of Civil Procedure 41(1)(A)(i), hereby dismisses the above-captioned case without prejudice.

Respectfully Submitted,

/s/ Adam T. Sherwin
Adam T. Sherwin, Esq. (BBO# 680751)
The Sherwin Law Firm
5 Middlesex Avenue, 4th Floor Suite 400
Somerville, MA 02145
(617) 336-3236 (p)
(617) 284-6089 (f)
adam@sherwinlawfirm.com

Dated:  February 16, 2015

## CERTIFICATE OF SERVICE

I, Adam T. Sherwin, hereby certify that PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE, filed through the ECF system, will be sent to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on February 16, 2015.

/s/ Adam T. Sherwin
Adam T. Sherwin, Esq.